## TOWN OF CARLISLE v. DRAKE.

[No. 22,816. Filed June 2, 1915. Rehearing denied June 25, 1915.]

1. APPEAL.—*Presenting Questions for Review.—Refusal of Instructions.*—The refusal to give an instruction can only be presented for review through the medium of a motion for a new trial. p. 484.

2. APPEAL. — *Review. — Affirmance.* — Where the errors relied on were the refusal of a peremptory instruction and the overruling of a motion for new trial, and neither the instruction nor the motion for new trial is set out in appellant's brief, the judgment will be affirmed. p. 484.

From Sullivan Circuit Court; *Wm. H. Bridwell*, Judge.

Action by Alice B. Drake against the town of Carlisle. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*J. R. Cauble,* for appellant.
*Charles D. Hunt* and *Gilbert W. Gambill,* for appellee.

ERWIN, J.—This is an appeal from a judgment for per- sonal injuries in favor of appellee against appellant. The assignment of errors are (1) that the court erred in
1. refusing a peremptory instruction for appellant, (2) the court erred in overruling appellant's motion for a new trial. The failure to give an instruction tendered
2. can not be assigned as error in this court, but should be assigned as cause for a new trial. Neither the mo- tion to direct a verdict, nor the motion for a new trial is set out in appellant's brief as required by Rule 22 of this court. For failure to comply with this rule the judgment is af- firmed.

NOTE.—Reported in 109 N. E. 39. See, also, under (1) 29 Cyc. 744; (2) 3 C. J. 1417; 2 Cyc. 1015, 1014.